PENN YAN BOATS, INC.,
Plaintiff-Appellant,

v.

SEA LARK BOATS, INC., et al.,
Defendants-Appellees.

No. 72-3027.

United States Court of Appeals,
Fifth Circuit.

March 30, 1973.

Rehearing Denied May 31, 1973.

Before WISDOM, GEWIN and COLEMAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] We adopt the opinion of the district court as the opinion of this Court. 359 F.Supp. 948.

ASSOCIATES DISCOUNTS CORPORATION, Plaintiff-Appellant,

v.

Louis RAY, Defendant-Appellee.

No. 73-1009.

United States Court of Appeals,
Fifth Circuit.

June 22, 1973.

Louis D. Smith, Monroe, La., George E. Herendeen, South Bend, Ind., for plaintiff-appellant.

Hewitt B. Johnson, Don H. Johnson, Robert C. Cudd III, Monroe, La., for defendant-appellee.

Before GEWIN, THORNBERRY and SIMPSON, Circuit Judges.

PER CURIAM:

For reasons adequately stated in the opinion of the district court, 359 F.Supp. 73 (W.D.La.1973), the judgment is affirmed.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.